IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,         MDL NO. 2325
    PELVIC REPAIR SYSTEM PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

# O R D E R

Pending before the court is plaintiffs' Motion for Change of Attorney Information, filed on July 11, 2014.  [Docket #1296.]  In the motion counsel request that in the main MDL and each member case associated with that MDL in which attorneys John J. Foley, Trent B. Miracle, Jayne Conroy or Paul J. Hanly, Jr., appear, the firm name and information be changed.

It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is instructed to update the attorney information, and firm name, in light of a merger of Simmons Browder Gianaris Angelides & Barnerd, LLC with Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP, into the law firm of **Simmons Hanly Conroy**, and to update the attorneys associated with the new firm as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2325 with which said attorneys are associated.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  July 28, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE